# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:                                                              CASE NO. 14-08259-KL3-13
KATRINA DIANE ELLIS                             01/11/2016
1016 CARLA COURT
NASHVILLE, TN 37217

SSN XXX-XX-0140

## ORDER TO PAY TRUSTEE

     The above named debtor(s) having filed a petition under Chapter 13 of the Bankruptcy code and having submitted all future income to the jurisdiction of this Court in accordance with the statute

     IT IS , THEREFORE, ORDERED that until further order of this Court, the debtor(s) named above shall pay the sum of **$266.50 BI-WEEKLY** and each succeeding period thereafter, at least monthly, to:

                         CHAPTER 13 TRUSTEE
                         P O BOX 340019
                         NASHVILLE, TN 37203
                         PHONE: 615-244-1101
                         FAX: 615-242-3241
                         pleadings@ch13nsh.com

     IT IS FURTHER ORDERED, that all funds forwarded to the Trustee shall be by money order, cashiers check or certified funds.

     IT IS FURTHER ORDERED, that the payments required herein are to commence IMMEDIATELY UPON RECEIPT of this order.

     IT IS FURTHER ORDERED, that this order supercedes previous orders to the debtor(s) to make payments to the Trustee in this case.

cc:

KATRINA DIANE ELLIS
ADRIENNE NICOLE TRAMMELL
HENRY E. HILDEBRAND, III
PAID DIRECT BY DEBTOR

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.