
**Keith M. Lundin**
**U.S. Bankruptcy Judge**
Dated: 1/12/2016



GRD

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE:<br>KATRINA DIANE ELLIS<br>1016 CARLA COURT<br>NASHVILLE, TN  37217 | CASE NO. 14-08259-KL3-13<br>01/11/2016 |

SSN XXX-XX-0140

**ORDER TO PAY TRUSTEE**

The above named debtor(s) having filed a petition under Chapter 13 of the Bankruptcy code and having submitted all future income to the jurisdiction of this Court in accordance with the statute

IT IS , THEREFORE, ORDERED that until further order of this Court, the debtor(s) named above shall pay the sum of **$266.50 BI-WEEKLY** and each succeeding period thereafter, at least monthly, to:

> CHAPTER 13 TRUSTEE
> P O BOX 340019
> NASHVILLE, TN  37203
> PHONE:  615-244-1101
> FAX:  615-242-3241
> pleadings@ch13nsh.com

IT IS FURTHER ORDERED, that all funds forwarded to the Trustee shall be by money order, cashiers check or certified funds.

IT IS FURTHER ORDERED, that the payments required herein are to commence IMMEDIATELY UPON RECEIPT of this order.

IT IS FURTHER ORDERED, that this order supercedes previous orders to the debtor(s) to make payments to the Trustee in this case.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

cc:
 KATRINA DIANE ELLIS
 ADRIENNE NICOLE TRAMMELL
 HENRY E. HILDEBRAND, III
 PAID DIRECT BY DEBTOR

This Order has been electronically signed.  The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.